

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–6795. ORSINI *v.* WALLACE, WARDEN. C. A. 8th Cir. Motion of petitioner for leave to amend petition for writ of certiorari granted. Certiorari denied. 

No. 90–7187 (A–645). BUXTON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 90–7203 (A–654). BUXTON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution. 

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 90–271. AQUILINA *v.* IMMIGRATION AND NATURALIZATION SERVICE, *ante*, p. 1040;

No. 90–472. NATIONAL FABRICATORS, INC. v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 1024;

No. 90–569. NAACP, DETROIT BRANCH, ET AL. v. DETROIT POLICE OFFICERS ASSN. ET AL., *ante*, p. 983;

No. 90–5886. CROUCH v. AMERICAN NATIONAL BANK ET AL., *ante*, p. 1030;

No. 90–6024. VAUGHAN v. ROCK CHURCH, INC., *ante*, p. 1031;

No. 90–6044. BAXTER v. KEMP, WARDEN, *ante*, p. 1041;

No. 90–6173. BIENVILLE v. UNITED STATES, *ante*, p. 1049; and

No. 90–6608. IN RE BRIGHT, *ante*, p. 1065. Petitions for rehearing denied.

No. 90–5278. GORDON v. AGNOS ET AL., *ante*, p. 869. Petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

FEBRUARY 27, 1991

No. 87–1821. MODJESKI & MASTERS v. CARTER ET AL. Sup. Ct. La. [Probable jurisdiction noted, 487 U. S. 1217.] Appeal dismissed under this Court's Rule 46.

No. 90–394. CLINTON, GOVERNOR OF ARKANSAS, ET AL. v. JEFFERS ET AL. Appeal from D. C. E. D. Ark. dismissed under this Court's Rule 46.

No. 87–1821. MODJESKI & MASTERS v. CARTER ET AL. Sup. Ct. La. [Probable jurisdiction noted, 487 U. S. 1217.] In light of the dismissal of the appeal pursuant to Rule 46 of the Rules of this Court, *supra*, the motion of appellant to vacate the stay of execution of judgment entered May 2, 1988 [485 U. S. 1031], is granted, and the stay is hereby vacated.

FEBRUARY 28, 1991

No. A–656 (90–7199). MADDEN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be de-